# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 6, 2020

161878

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

*In re* KOPCZYK, Minors.

SC: 161878
COA: 348999
Macomb CC Family Division:
  2016-000191-NA;
  2016-000192-NA

_____/

      On order of the Court, the application for leave to appeal the July 23, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 6, 2020



Clerk

s1103